B 1 (Official Form 1) (1/08)

**United States Bankruptcy Court**
**Eastern District of Wisconsin**

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Two Sandwich Kings LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>**20-4851706** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1830E Meadow Lane #7**<br>**Pewaukee, WI**<br>ZIP CODE **53072** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Waukesha** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1830E Grandview BLVD.**<br>**Pewaukee, WI**<br>ZIP CODE **53072** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
**Retail**

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [x] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Two Sandwich Kings LLC | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: Eastern District of Wisconsin | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)      (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): Two Sandwich Kings LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X */s/ Jeffrey S. DeCora*
Signature of Attorney for Debtor(s)
Jeffrey S. Decora
Printed Name of Attorney for Debtor(s)
Law Offices of Jeffrey S. Decora
Firm Name
7509 Kenwood Ave. Wauwatosa, WI 53213
Address

(414)795-4899
Telephone Number
2/9/2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Marietta D. German*
Signature of Authorized Individual
Marietta D. German
Printed Name of Authorized Individual
President
Title of Authorized Individual
2/9/2009
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Wisconsin

In re  TWO SANDWICH KINGS LLC  ,
         Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

ATTACHED

Date:  February 11, 2009

TWO SANWICH KINGS LLC
Debtor

*[Declaration as in Form 2]*
ATTACHED

# TWO SANDWICH KINGS LLC
# LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

| | | | | |
|---|---|---|---|---|
| Bielinski Homes<br>P.O. Box 1615<br>Waukesha, WI 53187-1615 | Meg Douglas - 262-548-5329<br>Bielinski Homes<br>P.O. Box 1615<br>Waukesha, WI 53187-1615 | Rent | current | $6,000 |
| US Foods<br>West 137 N9245 Highway 145<br>Menomonee Falls, WI 53051 | Roger Nelson - 414-510-1662<br>US Foods<br>West 137 N9245 Highway 145<br>Menomonee Falls, WI 53051 | Trade Debt | current | |
| Veterans Linen Supply<br>627 S 89th St<br>Milwaukee, WI 53214 | John Morris - 414-453-4900<br>Veterans Linen Supply<br>627 S 89th St<br>Milwaukee, WI 53214 | Trade Debt | Disputed | $2,100 |
| WE energies<br>PO Box 2046<br>Milwaukee, WI 53201-2046 | Business accounts -<br>800-714-7777<br>WE energies<br>PO Box 2046<br>Milwaukee, WI 53201-2046 | Utility | current | $1,000 |
| Johnson Electric<br>W220N1550 Jericho Court<br>Suite #2<br>Waukesha, WI 53186 | Billing office - 262 549 3777<br>Johnson Electric<br>W220N1550 Jericho Court<br>Suite #2<br>Waukesha, WI 53186 | Trade Debt | Disputed | $3,255 |
| City of Waukesha<br>201 DELAFIELD ST.<br>WAUKESHA, WI 53188-3692 | THOMAS E. NEILL - (262) 524-3850<br>City of Waukesha<br>201 DELAFIELD ST.<br>WAUKESHA, WI 53188-3692 | Tax Authority | current | $1200.00 |
| Wisconsin Department of Revenue | Wisconsin Department of Revenue | Tax Authority | current | $1,000 |
| Department of Workforce Development | Department of Workforce Development | Tax Authority | current | $750 |
| Internal Revenue Service | Internal Revenue Service | Tax Authority | current | $400 |

Local Form 21 Rev:12/2007

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re Two Sandwich King LLC,
         Debtor

Case No. _____

Chapter ___11___

## STATEMENT OF SOCIAL SECURITY NUMBER(S)

1. Name of Debtor (Last, First, Middle): Two Sandwich Kings LLC

   ☐ Debtor has a Social Security Number and it is _____ - _____ - _____

   ☒ Debtor does not have a Social Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: 20 - 4851706

   ☐ Debtor does not have either a Social Security Number or an Individual Taxpayer-Identification Number (ITIN).

2. Name of Joint Debtor (Last, First, Middle): _____

   ☐ Joint Debtor has a Social Security Number and it is _____ - _____ - _____

   ☐ Joint Debtor does not have a Social Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: _____

   ☐ Joint Debtor does not have either a Social Security Number or an Individual Taxpayer-Identification Number (ITIN).

3. Name of Spouse if not a Joint Debtor (Last, First, Middle): _____

   Address _____
           _____

   ☐ Spouse has a Social Security Number and it is _____ - _____ - _____

   ☐ Spouse does not have a Social Security Number but has an Individual Taxpayer-Identification Number (ITIN), and it is: _____

   ☐ Spouse does not have either a Social Security Number or an Individual Taxpayer-Identification Number (ITIN).

   I declare under penalty of perjury that the foregoing is true and correct.

   X_____
         Signature of Debtor        Date

   X_____
         Signature of Joint Debtor Date

* Check the appropriate boxes above and provide the required information.
* Debtor must provide information for non-filing spouse.
* If Debtor, Joint Debtor or Non-Filing Spouse has more than one Social Security Number, state all.
* Penalty for making a false statement: Fine of up to $250,000 or up to 5 years imprisonment or both. 18 U.S.C. §§ 152 and 3571.

# Resolution

RESOLUTION DATED 2-9-2009

1. An emergency meeting of the members of Two Sandwich Kings LLC was held on Monday, February 9, 2009;
2. The members, at that meeting, considered the current economic concerns of the business;
3. The members then took the following action and authorized their President, Marietta German as follows;

RESOLVED: Marietta German is hereby authorized to cause a Voluntary Petition for Bankruptcy Relief under Chapter 11 of the US Bankruptcy Code to be filed in the United States Bankruptcy Court for the Eastern District of Wisconsin, she is further authorized to sign all documents necessary to effect such filing and any additional documents required by the Bankruptcy Court. This authorization is effective immediately and shall remain in force until rescinded by the members.

Certified

*[signature]*
Asst. Secretary Jeffrey S. DeCora

Accepted

*[signature]*
President Marietta German

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Marietta German, the President of Two Sandwich Kings LLC named as the debtor in this case, declare under penalty of perjury
that I have read the foregoing list of creditors holding the twenty largest unsecured claims and that it is true and correct to the best of my information and belief.

Date 2-11-09

Signature *Marietta German*

Marietta German, President

CREDITOR MATRIX TWO SANDWICH KINGS LLC

Two Sandwich Kings LLC
1830E Meadow Ln
Waukesha, WI 53072

Attorney Jeffrey S. DeCora
7509 Kenwood Avenue
Wauwatosa, WI 53213

Bielinski Homes
P.O. Box 1615
Waukesha, WI 53187-1615

US Foods
West 137 N9245 Highway 145
Menomonee Falls, WI 53051

Veterans Linen Supply
627 S 89th St
Milwaukee, WI 53214

WE energies
PO Box 2046
Milwaukee, WI 53201-2046

Johnson Electric
W220N1550 Jericho Court
Suite #2
Waukesha, WI 53186

City of Waukesha
201 Delafield St.
Waukesha, WI 53188

Wisconsin Department of Revenue
2135 Rimrock Road
Madison, WI 53713

Department of Workforce Development
P.O. Box 7946
Madison, WI 53707-7946

Internal Revenue Service
211 W. Wisconsin Ave.
Milwaukee, WI 53203

# LAW OFFICES OF JEFFREY S. DECORA

February 11, 2009

U S Bankruptcy Court
Eastern District of Wisconsin

RE:   Training for electronic filing CM/ECF

Please accept this letter as confirmation that I have contacted the training staff for the local CM/ECF section. I have been confirmed for the training session scheduled for February 19, 2009 at 9:00 a.m.

Thank you for allowing me to participate in this training.

Sincerely,

*Jeffrey S DeCora*

Jeffrey S. DeCora

Law Offices of Jeffrey S. DeCora
7509 Kenwood Avenue
Wauwatosa, WI 53213
414-795-4899
414-386-4697 (fax)
jeff.decora@gmail.com